## AFFIDAVIT

I, Jung Yoon Choi, under oath and penalty of law, state as follows:

1. My name is Jung Yoon Choi, case number 15 CR 378 REB.
2. On October 2, 2015, Magistrate Judge Shaffer ordered the surrender of my Korean passport.
3. I have searched for my passport and I cannot find it.
4. I have lost my passport, but if found I will give it to my attorneys immediately.

Signed: _____  Dated: 10/26/15

The foregoing instrument was subscribed and affirmed,

Or sworn before me in the County of _____,

State of California, this _____ day of October, 2015.

*see attachment, CA Jurat*

My Commission Expires: _____

02/24/2010 16:18 FAX 13237330070                                                                                        ☒002

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (If any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me
on this 26 day of October, 20 15,
by       *Date*           *Month*        *Year*
(1) Jung Yoon Choi
(and (2) N/A ),
*Name(s) of Signer(s)*

JENNIFER ROBLES
Commission # 2120091
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2019

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Jennifer Robles_
*Signature of Notary Public*

Seal
*Place Notary Seal Above*

—————————— **OPTIONAL** ——————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit     Document Date: undated
Number of Pages: 2   Signer(s) Other Than Named Above: none

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910