```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3   Case No. 15-cr-00378-REB
 4   _____
 5   UNITED STATES OF AMERICA,
 6       Plaintiff,
 7   vs.
 8   JUNG YOON CHOI,
 9       Defendant.
10   _____
11        Proceedings before CRAIG B. SHAFFER, United States
12   Magistrate Judge, United States District Court for the
13   District of Colorado, commencing at 2:27 p.m., October 2,
14   2015, in the United States Courthouse, Denver, Colorado.
15   _____
16        WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS
17   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...
18   _____
19                           APPEARANCES
20        TIM R. NEFF, Assistant United States Attorney,
21   appearing for the government.
22   _____
23
24     WAIVER OF INDICTMENT, INITIAL APPEARANCE, ARRAIGNMENT,
25              DISCOVERY, AND DETENTION HEARING
```

| | |
|---|---|
| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing<br>October 02, 2015 |

Page 2

```
 1                   APPEARANCES (Cont'd)
 2          J.Y. KANG, Attorney at Law, appearing for the
 3   defendant.
 4                  P R O C E E D I N G S
 5          (Whereupon, the within electronically recorded
 6   proceedings are herein transcribed, pursuant to order of
 7   counsel.)
 8          THE COURT:  All right.  Let's go ahead and call --
 9   I guess it's 15-cr-378, United States of America versus Jung
10   Yoon Choi.  And I'm sure I pronounced that wrong.  And I
11   apologize in advance.
12          MR. NEFF:  Good afternoon, Your Honor.  Tim Neff
13   appearing on behalf of the government.
14          THE COURT:  Okay.
15          MR. KANG:  Good afternoon, Your Honor.  My name is
16   J.Y. Kang.  I appear on behalf of Jung Yoon Choi.  You
17   pronounced it correctly.
18          THE COURT:  Oh, I got it right.  Okay.
19          MR. KANG:  And also present is a court-appointed
20   Korean-speaking interpreter.
21          THE COURT:  All right.  Well, you all get yourself
22   situated.  Does she -- she needs some headsets too, doesn't
23   she?
24          Okay.  Again, we're on the record in 15-cr-378.  I
25   will take appearances of counsel, please.  And I've done
```

| | |
|---|---|
| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing<br>October 02, 2015 |

**Page 3**

```
 1   that.  I --
 2              MR. NEFF:  Yeah.
 3              THE COURT:  It's been a long week.  All right.  We
 4   are here because it's my understanding that Ms. Choi wishes
 5   to waive her right to indictment.  The government has filed
 6   an information.  And, counsel, have you and Ms. Choi received
 7   a copy of the information?
 8              MR. KANG:  We have.
 9              THE COURT:  All right.  Now.
10              UNIDENTIFIED SPEAKER:  (Inaudible.)
11              MR. KANG:  Your Honor, if I -- if I might.
12              THE COURT:  Sure.
13              MR. KANG:  I don't think the interpreter has
14   started interpreting yet.
15              THE INTERPRETER:  I'm sorry, Your Honor.
16              THE COURT:  That's okay.  Don't worry.  Take your
17   time.  Take your time.
18              THE INTERPRETER:  (Inaudible.)
19              THE COURT:  Okay.  Ms. Choi, as I was saying, the
20   Court has received a number of documents.  All -- Ms. Choi,
21   there was filed in the United States District Court of
22   Colorado an information.  This information charges that you
23   violated 26 United States Code § 7212(a).  (Inaudible)
24   alleging that you (inaudible) or (inaudible).  You are
25   presumed not guilty (inaudible), but if this case proceeded
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 4 of 12

| United States of America vs.<br>Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing<br>October 02, 2015 |
|---|---|

Page 4

```
 1   to trial, if you were found guilty of this, the maximum
 2   penalty that could be imposed under the law is not more than
 3   three years (inaudible), fined $250,000 (inaudible), not more
 4   than three years supervised release, (inaudible) $100 special
 5   assessment fee.  That's the maximum penalty that could be
 6   imposed under the law (inaudible).  This is what we call here
 7   in the federal judicial system (inaudible), a felony.  This
 8   particular offense carries a maximum penalty of no more than
 9   one year.  Because the government is charging you with these
10   felony violations, under Rule 7 of the Federal Rules of
11   Criminal Procedure, you are entitled to force the government
12   to proceed by indictment.  (Inaudible) essentially require
13   the government to go before a federal grand jury (inaudible),
14   and attempt to present sufficient evidence (inaudible) to
15   justify them finding probable cause (inaudible) returning the
16   (inaudible).
17           Now, (inaudible) jury procedure is designed to
18   protect your rights.  (Inaudible) the government didn't
19   establish probable cause, then the grand jury would not bring
20   an indictment.  I have a form here that indicates that you
21   wish to waive your right to (inaudible), that you consent to
22   prosecution by information.  Now, (inaudible) you signed this
23   form.
24           THE DEFENDANT (THROUGH THE INTERPRETER):  Yes, it
25   is.
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 5 of 12

| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing October 02, 2015 |
|---|---|

Page 5

```
 1                THE COURT:  Now, before you signed this form, did
 2   you have time to discuss this decision with your lawyer?
 3                THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
 4                THE COURT:  Based upon your conversation with your
 5   lawyer, (inaudible), do you still wish to waive your right to
 6   indictment?
 7                THE DEFENDANT (THROUGH THE INTERPRETER):  Whatever
 8   the attorney recommended, I am following through.
 9                THE COURT:  Okay.  So do you wish to waive your
10   right to prosecution (inaudible)?
11                THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
12                THE COURT:  I'll find that Ms. Choi has
13   voluntarily and knowingly (inaudible) to waive (inaudible)
14   prosecution (inaudible), knowingly and voluntarily
15   (inaudible).  And I will (inaudible).
16                Now, Ms. Choi, the next thing that I need to
17   explain to you as far as the (inaudible) in open court so
18   (inaudible).  As a defendant in this court, you have the
19   right to remain silent (inaudible).  If you give up your
20   right to remain silent, anything you say (inaudible) against
21   you (inaudible) to prosecute your case.  And just as
22   importantly, once you waive your right (inaudible), you lose
23   your right to remain silent (inaudible).  So, please, do not
24   volunteer any information (inaudible).
25                THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 6 of 12

| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing October 02, 2015 |
|---|---|

Page 6

```
 1             THE COURT:  Now, you are also entitled to be
 2   represented by counsel.  And I know you have (inaudible),
 3   however, I must tell you that if you could not afford an
 4   attorney, and if the court (inaudible) qualified on the basis
 5   of financial need, I could (inaudible) lawyer for you.  And
 6   the lawyer (inaudible) would (inaudible).  I know you're
 7   satisfied with your current lawyer.  So I don't think we need
 8   to (inaudible); is that correct?
 9             THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
10             THE COURT:  Now, counsel, I'm going to -- I'm
11   going to impose upon you because I don't want to
12   inadvertently leave out any advisements.  Would it be
13   appropriate or necessary for me to advise Ms. Choi about her
14   consular notification?  Ms. Choi, not only -- you have not
15   only the rights that I just explained to you, but you've also
16   got a (inaudible) through international law.  That is, if you
17   are a citizen of some country other than the United States,
18   you would have the right to have a consular (inaudible), or a
19   government representative of your native country notified
20   that you are in custody.  If you are not a United States
21   citizen, would you like to exercise this notification right?
22             THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
23             THE COURT: All right.  I'll ask Mr. Neff to do
24   that.
25             Now, Ms. Choi, I've explained to you (inaudible),
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 7 of 12

United States of America vs.   Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing
Jung Yoon Choi                                                                                October 02, 2015

Page 7

 1   explained to you the maximum penalty that could be imposed if
 2   you were found guilty.  Counsel, I'm also prepared
 3   (inaudible) to read the indictment here in open court with
 4   the services of the interpreter (inaudible).  Are the parties
 5   prepared to proceed at this time with (inaudible)?
 6            MR. KANG:  We would waive that, Your Honor.
 7            THE COURT:  Are the parties prepared to proceed at
 8   this time (inaudible)?
 9            MR. NEFF:  Yes, we are, Your Honor.
10            THE COURT:  Then at this time (inaudible) to the
11   information, the sole count in the information?
12            MR. KANG:  Not guilty at this time.
13            THE COURT:  The record will reflect counsel
14   (inaudible) a plea of not guilty (inaudible) and sole count
15   in the information.  I've got a discovery memorandum
16   (inaudible).  The 30-day minimum is November 1st.  The 70-day
17   deadline is December 11th.  Mr. Neff, do I need to worry
18   about the 90-day deadline?
19            MR. NEFF:  No.  You -- you should not, Your Honor.
20   No.
21            THE COURT:  (Inaudible) is concerned (inaudible)
22   discovery today.  The defendant will produce reciprocal
23   discovery on or before (inaudible) 1st.  (Inaudible) issue of
24   release.
25            Now, I have got paperwork here which -- have you

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 8 of 12

| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing October 02, 2015 |
|---|---|

Page 8

```
 1   all seen the proposed conditions of release?
 2              MR. KANG:  We have.
 3              MR. NEFF:  Yes, Your Honor.
 4              THE COURT:  (Inaudible.)
 5              MR. NEFF:  Your Honor, no, I don't believe so.
 6   There might be just one or two modifications Mr. Kang can
 7   address that we're going to be in agreement with.
 8              THE COURT:  (Inaudible.)
 9              MR. KANG:  That's correct, Your Honor.  I think
10   under paragraph 1 -- excuse me, 1d, the defendant shall abide
11   by the following restrictions:  Travel is restricted to the
12   state of Colorado.  She is a resident of Los Angeles County,
13   California.  In fact, the first paragraph states --
14              THE COURT:  Yeah.  Hold on (inaudible).  I have
15   got -- just so you understand, I'm looking at (inaudible)
16   prepared by pretrial services (inaudible).  They have
17   (inaudible) form.  Travel is restricted to the state of
18   Colorado (inaudible) California.
19              MR. KANG:  Oh, okay.
20              THE COURT:  (Inaudible.)
21              MR. KANG:  And that's fine.  That's all we were
22   asking.
23              THE COURT:  (Inaudible.)
24              MR. KANG:  I believe that's the case.  Oh, oh,
25   that's right.  There's a passport restriction, Your Honor.
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 9 of 12

| United States of America vs. Jung Yoon Choi | Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing October 02, 2015 |
|---|---|

Page 9

```
 1   Paragraph 8 -- or, excuse me, paragraph 7.  I think Ms. Choi
 2   stated to the pretrial release officer this morning that her
 3   passport is at home in Los Angeles.  She believes that to be
 4   the case.  So we would probably need a little more than two
 5   days for her to find that, get that to me, and then I could
 6   submit that for the -- for the clerk here.
 7             THE COURT:  When -- when does your client
 8   anticipate traveling back to Los Angeles?
 9             MR. KANG:  She's actually leaving this evening.
10             THE COURT:  So -- well, the -- the form says
11   basically surrender it within two business days.  (Inaudible)
12   look for it (inaudible).
13             MR. KANG:  Okay.  Very well.  Thank you, Your
14   Honor.
15             THE COURT:  (Inaudible) then I will release the
16   defendant on the following conditions:  The defendant must
17   report to the supervising officer in Los Angeles (inaudible).
18   The defendant must continue or actively seek employment.  The
19   defendant must surrender (inaudible) passport she may have to
20   the United States Court clerk's office within two business
21   days of today.  The defendant may not obtain any other
22   passports or other international travel documents.  The
23   defendant's travel is restricted to the state of Colorado
24   (inaudible).  (Inaudible) that means is, upon your return to
25   Los Angeles, you may not travel outside the state of
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 10 of 12

United States of America vs. Jung Yoon Choi
Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing
October 02, 2015

Page 10

```
 1   California without prior permission.  The only exception to
 2   that restriction, you may travel in the state of Colorado for
 3   purposes of court appearances.  Now, to the extent that you
 4   leave California to come here for court appearances, you must
 5   notify the supervising officer (inaudible) before
 6   (inaudible).  You must promptly notify the supervising
 7   officer here upon your arrival and (inaudible) the same upon
 8   your return.  So you have to notify the supervising officer
 9   when you leave Colorado, and you must notify the supervising
10   officer in Los Angeles (inaudible).  (Inaudible) travel to be
11   nonstop.  Travel restriction (inaudible).
12              You may not possess a firearm (inaudible).
13   (Inaudible) refrain from the excessive use of (inaudible).
14   You may not use or unlawfully possess a narcotic drug or
15   other controlled substance unless that substance is
16   prescribed by a licensed medical practitioner.  You may not
17   possess, use, or sell marijuana or any other marijuana
18   derivative or any form of marijuana.  You may not enter a
19   marijuana dispensary or grow facility without prior
20   permission (inaudible).  You may not act as an informant for
21   a law enforcement agency without prior permission.  You must
22   report as soon as possible every contact you have with law
23   enforcement personnel, (inaudible) arrest, question, or
24   traffic stop.  And, finally, in conjunction with the
25   (inaudible) that you continue or actively seek employment.
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 11 of 12

United States of America vs.        Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing
Jung Yoon Choi                                                                                              October 02, 2015

Page 11

```
 1   Your employment must be approved (inaudible).
 2              Now, Ms. Choi, what I'd like you to do is take a
 3   look at this paperwork.  (Inaudible) conditions of release
 4   (inaudible).  (Inaudible) with any of those conditions?  Do
 5   you understand the conditions of release that I've set?
 6              THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
 7              THE COURT:  And you understand (inaudible) could
 8   be imposed if you violate these (inaudible)?
 9              THE DEFENDANT (THROUGH THE INTERPRETER):  Yes.
10              THE COURT:  All right.  Then I will go ahead and
11   release the defendant under the terms of these (inaudible).
12   Counsel, does your client need to go to the marshals?
13              MR. KANG:  I believe she -- I believe she does.
14              THE COURT:  Yeah.  Do you want -- does pretrial
15   services want to see Ms. Choi today or -- she's leaving --
16   she's leaving (inaudible).
17              UNIDENTIFIED SPEAKER:  (Inaudible.)
18              THE COURT:  Okay.  Mr. Neff, anything further?
19              MR. NEFF:  Which Court was assigned?  I didn't --
20   maybe I'm --
21              THE COURT:  Judge Blackwell.
22              MR. NEFF:  Oh, it's Judge Blackwell.  Okay.  Thank
23   you, Your Honor.
24              THE COURT:  (Inaudible.)  Thank you, all.
25   (Inaudible.)
```

Case 1:15-cr-00378-REB   Document 59   Filed 12/22/16   USDC Colorado   Page 12 of 12

United States of America vs.      Waiver of Indictment, Initial Appearance, Arraignment, Discovery and Detention Hearing
Jung Yoon Choi                                                                                October 02, 2015

Page 12

```
 1              THE COURTROOM DEPUTY:  All rise.
 2              (Whereupon, the within hearing was then in
 3    conclusion at 2:49 p.m.)
 4
 5
 6              I certify that the foregoing is a correct
 7    transcript, to the best of my knowledge and belief (pursuant
 8    to the quality of the recording) from the record of
 9    proceedings in the above-entitled matter.
10
11
12
13    /s/ Laurel S. Tubbs                          December 14, 2016
14    Signature of Transcriber                     Date
15
16
17
18
19
20
21
22
23
24
25
```